**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754, Towson, MD, 21285-6754
Main: 410-887-2601

E-FILED; Baltimore County Circuit Court
Docket: 6/29/2026 1:03 PM; Submission: 6/29/2026 1:03 PM
Envelope: 27122165

**To:** TVI, INC.
DBA SAVERS
S/O: CORPORATE CREATIONS NETWORK, INC.
707 W. MAIN AVENUE, #B1
SPOKANE, WA 99201

| | |
|---|---|
| **Case Number:** | **C-03-CV-26-003003** |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**ANGELA ODEOMENA VS. TVI, INC.**

Issue Date: 06/29/2026

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

ANGELA AYANUGO ODEOMENA
3005 Sixth Avenue
Parkville MD 21234

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)          Page 1 of 2

EXHIBIT

A

06/29/2026 1:00 PM

**Circuit Court for Baltimore County**
Angela Odeomena vs. TVI, Inc.
**Case Number: C-03-CV-26-003003**

## SHERIFF'S RETURN
### (please print)

To: TVI, INC.

_____  ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service              Location of service

_____ by _____ with the following:
Manner of service

☐ Summons                    ☐ Counter-Complaint
☐ Complaint                  ☐ Domestic Case Information Report
☐ Motions                    ☐ Financial Statement
☐ Petition and Show Cause Order   ☐ Interrogatories
☐ Other _____
Please specify

(2) Was unable to serve because:

☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
Please specify

Sheriff fee: $ _____        ☐ waived by _____

_____        _____
Date                   Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)        Page 2 of 2        06/29/2026 1:00 PM

IN THE CIRCUIT COURT FOR <u>Baltimore County (CC)</u>

City/County

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

### *THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

**FORM FILED BY:** ❑ PLAINTIFF ❑ DEFENDANT     CASE NUMBER _____ (Clerk to insert)

**CASE NAME:** <u>Angela Ayanugo Odeomena</u>     vs.     <u>TVI, Inc. d/b/a Savers</u>
Plaintiff                                      Defendant

**PARTY'S NAME:**_____     PHONE:_____

**PARTY'S ADDRESS:**_____

**PARTY'S E-MAIL:**_____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: <u>Dustin C. Furman</u>     PHONE: <u>410-844-6000</u>

PARTY'S ATTORNEY'S ADDRESS: <u>10045 Red Run Boulevard, Suite 170, Owings Mills, MD 21117</u>

PARTY'S ATTORNEY'S E-MAIL: <u>dustin@fhjustice.com</u>

**JURY DEMAND?** ☒ Yes ❑ No

**RELATED CASE PENDING?** ❑ Yes ☒ No If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:**_____ hours <u>2</u> days

### PLEADING TYPE

**New Case:**     ❑ Original     ❑ Administrative Appeal     ❑ Appeal

**Existing Case:** ❑ Post-Judgment     ❑ Amendment

*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ❑ Asbestos
- ❑ Assault and Battery
- ❑ Business and Commercial
- ❑ Child Victims Act
- ❑ Conspiracy
- ❑ Conversion
- ❑ Defamation
- ❑ False Arrest/Imprisonment
- ❑ Fraud
- ❑ Lead Paint – DOB of Youngest Plt:_____
- ❑ Loss of Consortium
- ❑ Malicious Prosecution
- ❑ Malpractice-Medical
- ❑ Malpractice-Professional
- ❑ Misrepresentation
- ❑ Motor Tort
- ☒ Negligence
- ❑ Nuisance
- ☒ Premises Liability
- ❑ Product Liability
- ❑ Specific Performance
- ❑ Toxic Tort
- ❑ Trespass
- ❑ Wrongful Death

**CONTRACT**
- ❑ Asbestos
- ❑ Breach
- ❑ Business and Commercial
- ❑ Confessed Judgment (Cont'd)
- ❑ Construction
- ❑ Debt

- ❑ Fraud
- ❑ Government
- ❑ Insurance
- ❑ Product Liability

**PROPERTY**
- ❑ Adverse Possession
- ❑ Breach of Lease
- ❑ Detinue
- ❑ Distress/Distrain
- ❑ Ejectment
- ❑ Forcible Entry/Detainer
- ❑ Foreclosure
  - ❑ Commercial
  - ❑ Residential
  - ❑ Currency or Vehicle
  - ❑ Deed of Trust
  - ❑ Land Installments
  - ❑ Lien
  - ❑ Mortgage
  - ❑ Right of Redemption
  - ❑ Statement Condo
- ❑ Forfeiture of Property/ Personal Item
- ❑ Fraudulent Conveyance
- ❑ Landlord-Tenant
- ❑ Lis Pendens
- ❑ Mechanic's Lien
- ❑ Ownership
- ❑ Partition/Sale in Lieu
- ❑ Quiet Title
- ❑ Rent Escrow
- ❑ Return of Seized Property
- ❑ Right of Redemption
- ❑ Tenant Holding Over

**PUBLIC LAW**
- ❑ Attorney Grievance
- ❑ Bond Forfeiture Remission
- ❑ Civil Rights
- ❑ County/Mncpl Code/Ord
- ❑ Election Law
- ❑ Eminent Domain/Condemn.
- ❑ Environment
- ❑ Error Coram Nobis
- ❑ Habeas Corpus
- ❑ Mandamus
- ❑ Prisoner Rights
- ❑ Public Info. Act Records
- ❑ Quarantine/Isolation
- ❑ Writ of Certiorari

**EMPLOYMENT**
- ❑ ADA
- ❑ Conspiracy
- ❑ EEO/HR
- ❑ FLSA
- ❑ FMLA
- ❑ Worker's Compensation
- ❑ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ❑ Assumption of Jurisdiction
- ❑ Authorized Sale
- ❑ Attorney Appointment
- ❑ Body Attachment Issuance
- ❑ Commission Issuance

- ❑ Constructive Trust
- ❑ Contempt
- ❑ Deposition Notice
- ❑ Dist Ct Mtn Appeal
- ❑ Financial
- ❑ Grand Jury/Petit Jury
- ❑ Miscellaneous
- ❑ Perpetuate Testimony/Evidence
- ❑ Prod. of Documents Req.
- ❑ Receivership
- ❑ Sentence Transfer
- ❑ Set Aside Deed
- ❑ Special Adm. – Atty
- ❑ Subpoena Issue/Quash
- ❑ Trust Established
- ❑ Trustee Substitution/Removal
- ❑ Witness Appearance-Compel

**PEACE ORDER**
- ❑ Peace Order

**EQUITY**
- ❑ Declaratory Judgment
- ❑ Equitable Relief
- ❑ Injunctive Relief
- ❑ Mandamus

**OTHER**
- ❑ Accounting
- ❑ Friendly Suit
- ❑ Grantor in Possession
- ❑ Maryland Insurance Administration
- ❑ Miscellaneous
- ❑ Specific Transaction
- ❑ Structured Settlements

**CC-DCM-002** (Rev. 03/2026)     Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☒ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☒ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated Liability above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.    ☒ Liability is not conceded, but is not seriously in dispute.    ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation        ☐ Yes ☒ No          C. Settlement Conference    ☒ Yes ☐ No
B. Arbitration      ☐ Yes ☒ No          D. Neutral Evaluation       ☐ Yes ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*

### *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited -** Trial within 7 months of          ☐ **Standard -** Trial within 18 months of
Defendant's response                                 Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❏ **Expedited** - Trial within 7 months of Defendant's response

❏ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ❏ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❏ Civil-Short | Trial 210 days from first answer. |
| ❏ Civil-Standard | Trial 360 days from first answer. |
| ❏ Custom | Scheduling order entered by individual judge. |
| ❏ Asbestos | Special scheduling order. |
| ❏ Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ❏ Tax Sale Foreclosures | Special scheduling order. |
| ❏ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ❏ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❏ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❏ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

06/29/2026
_____
Date

10045 Red Run Boulevard, Suite 170
_____
Street Address

Owings Mills      MD      21117
_____
City          State        Zip Code

/s/Dustin C. Furman, #161213
_____
Signature of Attorney/Party          Attorney Number

Dustin C. Furman
_____
Printed Name

dustin@fhjustice.com
_____
E-mail

**CC-DCM-002** (Rev. 03/2026)                              Page 3 of 3

ANGELA AYANUGO ODEOMENA     *     IN THE
3005 Sixth Avenue
Parkville, MD 21234                    *

      Plaintiff                    *      **CIRCUIT COURT**

v.                                     *

TVI, INC., D/B/A SAVERS           *      **FOR**
11400 SE 6th Street, Suite 220
Bellevue, WA 98004               *
S/O:   Corporate Creations Network, Inc.
      707 W. Main Avenue, #B1     *     **BALTIMORE COUNTY**
      Spokane, WA 99201
                                         *

      Defendant                     Case No.:
                                         *

*     *     *     *     *     *     *     *     *     *     *     *     *

## COMPLAINT AND PRAYER FOR JURY TRIAL

Plaintiff, Angela Ayanugo Odoemena, through her attorneys, Dustin C. Furman, Allen E. Honick and FURMAN | HONICK LAW, hereby sues Defendant, TVI, Inc., d/b/a Savers (hereinafter "Defendant"), and states in support:

### FACTS COMMON TO ALL COUNTS

1.     That Defendant continually owns and operates a thrift store locations d/b/a "Savers" within the State of Maryland, including two (2) in Baltimore County.

2.     That Plaintiff is and was a resident of Baltimore County, Maryland at all relevant times.

3.     That upon information and belief, at all relevant times, Defendant owned, operated, and managed Savers, 1925 E. Joppa Road, Parkville, MD 21234 (the "Premises").

4.      That on or about August 9, 2024, while Plaintiff was an invitee as a customer of the Premises. Plaintiff slipped and fell on water on the floor, causing her to sustain severe and permanent injuries.

5.      That the condition of the Premises, including but not limited to the water on the floor, created an unreasonably dangerous condition for members of the public, including Plaintiff.

### COUNT I - NEGLIGENCE

6.      Plaintiff adopts and incorporates the allegations contained in the previous paragraphs as if fully set forth herein.

7.      That at all relevant times, Defendant retained exclusive ownership, possession, control, and/or supervision of and over the said Premises including the area in which Plaintiff fell.

8.      That Defendant was negligent and careless by failing to exercise care and caution for the safety of others on its property; failing to maintain a safe environment at the Premises for Plaintiff to use and traverse including, but not limited to, failing to keep areas free and clear of latent and dangerous hazards, and was otherwise negligent.

9.      That as a proximate result of the negligence of Defendant, Plaintiff was caused to have significant physical injuries including, but not limited to her head and right knee.

10.     Plaintiff was also caused to undergo medical care and treatment; to incur medical expenses with which reasonable probability will be expected to be incurred in the future; and to lose time from her other daily pursuits and enjoyments with which reasonable probability will be expected to be incurred in the future.

11.     Plaintiff further states that all of her injuries, damages, and losses complained of were caused directly by the negligence of Defendant without any negligence on the part of Plaintiff contributing thereto.

2

**WHEREFORE,** Plaintiff demands judgment be entered in her favor and against Defendant for a sum greater than Seventy-Five Thousand Dollars (> $75,000.00) in compensatory damages, plus interest, and costs.

### COUNT II – PREMISES LIABILITY

12.    Plaintiff adopts and incorporates the allegations contained in the previous paragraphs as if fully set forth herein.

13.    That at all relevant times, Defendant retained exclusive ownership, possession, control, and/or supervision of and over the said Premises including the area in which Plaintiff fell.

14.    That Defendant owed Plaintiff, an invitee, a duty to maintain the Premises in such condition that the public would not be subjected to hazards or risks from the physical state of said Premises, and to correct said dangerous or defective conditions which it created and/or knew, or by the exercise of reasonable care, should have known to have existed.

15.    That Defendant was negligent and careless by failing to exercise care and caution for the safety of others on its property; failing to maintain a safe environment at the Premises for Plaintiff to use and traverse including, but not limited to, failing to keep areas free and clear of latent and dangerous hazards, and was otherwise negligent.

16.    That Defendant was further negligent in that, despite actual and/or constructive notice of the unsafe and unreasonably dangerous condition, Defendant failed to warn Plaintiff of the dangerous condition and/or failed to take proper precautions for the safety of the Plaintiff, thereby causing her to be injured.

17.    That as a proximate result of the negligence of Defendant, Plaintiff was caused to have significant physical injuries including, but not limited to her head and right knee.

18.     Plaintiff was also caused to undergo medical care and treatment; to incur medical expenses with which reasonable probability will be expected to be incurred in the future; and to lose time from her other daily pursuits and enjoyments with which reasonable probability will be expected to be incurred in the future.

19.     Plaintiff further states that all of her injuries, damages, and losses complained of were caused directly by the negligence of Defendant without any negligence on the part of Plaintiff contributing thereto.

**WHEREFORE,** Plaintiff demands judgment be entered in her favor and against Defendant for a sum greater than Seventy-Five Thousand Dollars (> $75,000.00) in compensatory damages, plus interest, and costs.

Respectfully submitted,

**Dustin C. Furman, AIS No. 1612130239**
**Allen E. Honick, AIS No. 1612130266**
**FURMAN | HONICK LAW**
11155 Red Run Boulevard, Suite 110
Owings Mills, Maryland 21117
(410) 844-6000 - Phone
(410) 705-5651 - Facsimile
dustin@fhjustice.com
allen@fhjustice.com
***Counsel for Plaintiff***

4

**Christopher E. Lord, AIS No. 1612140052**
FURMAN | HONICK LAW
10045 Red Run Blvd. Suite 170
Owings Mills, Maryland 21117
(410) 844-6000 (P)
(410) 705-5651 (F)
chris@fhjustice.com
*Counsel for Plaintiff*

## PRAYER FOR JURY TRIAL

Plaintiff requests a jury trial on all issues herein.

**Dustin C. Furman, AIS No. 1612130239**
**Christopher E. Lord, AIS No. 1612140052**

5